IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JC HARRIS,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>SELENE FINANCE LP,<br><br>　　　　　Defendant. | No. 2:24-cv-01866<br><br>**[PROPOSED]** **ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

THIS MATTER having come before the Court on the Stipulated Motion for Extension of Time to Respond to Complaint filed by Selene Finance LP ("Selene"), and the Court being fully advised, it is hereby

ORDERED, ADJUDGED, AND DECREED that the Motion is GRANTED, it is further

ORDERED, ADJUDGED, AND DECREED that Selene's deadline to file a response to Plaintiff's Complaint is extended through and including December 13, 2024.

DATED this ___18th__ day of ____November__, 2024

_____
UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED MOTION FOR
EXTENSION OF TIME TO FILE RESPONSE TO
COMPLAINT - 1

KABAT CHAPMAN & OZMER, LLP
171 17th Street NW, Suite 1550
Atlanta, GA 30363
Tel: (971) 270-1789

1

2

3

4  Presented By:

5  */s/ Aaron A. Wagner*

Aaron A. Wagner, WSBA #51905
6  **KABAT CHAPMAN & OZMER, LLP**
171 17th Street NW, Suite 1550
7  Atlanta, GA 30363
Tel: (971) 270-1789
8  Fax: (404) 400-7333
Email: awagner@kcozlaw.com
9  
*Attorney for Defendant,*
10 *Selene Finance LP*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

ORDER GRANTING STIPULATED MOTION FOR
EXTENSION OF TIME TO FILE RESPONSE TO
COMPLAINT - 2