# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JC HARRIS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SELENE FINANCE LP,<br><br>　　　　Defendant. | No. 2:24-cv-01866<br><br>**ORDER GRANTING SECOND STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

THIS MATTER having come before the Court on the Second Stipulated Motion for Extension of Time to Respond to Complaint filed by Selene Finance LP ("Selene"), and the Court being fully advised, it is hereby

ORDERED, ADJUDGED, AND DECREED that the Motion is GRANTED, it is further

ORDERED, ADJUDGED, AND DECREED that Selene's deadline to file a response to Plaintiff's Complaint is extended through and including January 13, 2025.

DATED this __10th__ day of _____December_____, 2024

_/s/ John C. Coughenour_
UNITED STATES DISTRICT JUDGE

ORDER GRANTING SECOND STIPULATED MOTION
FOR EXTENSION OF TIME TO FILE RESPONSE TO
COMPLAINT - 1

**KABAT CHAPMAN & OZMER, LLP**
171 17th Street NW, Suite 1550
Atlanta, GA 30363
Tel: (971) 270-1789

Presented By:

*/s/ Aaron A. Wagner*

Aaron A. Wagner, WSBA #51905
**KABAT CHAPMAN & OZMER, LLP**
171 17th Street NW, Suite 1550
Atlanta, GA 30363
Tel: (971) 270-1789
Fax: (404) 400-7333
Email: awagner@kcozlaw.com
*Attorney for Defendant,*
*Selene Finance LP*

ORDER GRANTING SECOND STIPULATED MOTION
FOR EXTENSION OF TIME TO FILE RESPONSE TO
COMPLAINT - 2

**KABAT CHAPMAN & OZMER, LLP**
171 17th Street NW, Suite 1550
Atlanta, GA 30363
Tel: (971) 270-1789