IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JC HARRIS, <br><br> Plaintiff, <br><br> vs. <br><br> SELENE FINANCE LP, <br><br> Defendant. | No. 2:24-cv-01866 <br><br> **ORDER GRANTING THIRD STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

THIS MATTER having come before the Court on the Third Stipulated Motion for Extension of Time to Respond to Complaint filed by Selene Finance LP ("Selene"), and the Court being fully advised, it is hereby

ORDERED, ADJUDGED, AND DECREED that the Motion is GRANTED, it is further

ORDERED, ADJUDGED, AND DECREED that Selene's deadline to file a response to Plaintiff's Complaint is extended through and including February 12, 2025.

DATED this __10th__ day of ___January___, 2025

_____
UNITED STATES DISTRICT JUDGE

ORDER GRANTING THIRD STIPULATED MOTION
FOR EXTENSION OF TIME TO FILE RESPONSE TO
COMPLAINT - 1

KABAT CHAPMAN & OZMER, LLP
171 17th Street NW, Suite 1550
Atlanta, GA 30363
Tel: (971) 270-1789

Presented By:

*/s/ Aaron A. Wagner*

Aaron A. Wagner, WSBA #51905
**KABAT CHAPMAN & OZMER, LLP**
171 17th Street NW, Suite 1550
Atlanta, GA 30363
Tel: (971) 270-1789
Fax: (404) 400-7333
Email: awagner@kcozlaw.com
*Attorney for Defendant,*
*Selene Finance LP*

ORDER GRANTING THIRD STIPULATED MOTION
FOR EXTENSION OF TIME TO FILE RESPONSE TO
COMPLAINT - 2

KABAT CHAPMAN & OZMER, LLP
171 17th Street NW, Suite 1550
Atlanta, GA 30363
Tel: (971) 270-1789