**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| JC HARRIS,<br><br>       Plaintiff,<br><br>   vs.<br><br>SELENE FINANCE LP,<br><br>       Defendant. | No. 2:24-cv-01866<br><br>**ORDER GRANTING FOURTH STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

THIS MATTER having come before the Court on the Fourth Stipulated Motion for Extension of Time to Respond to Complaint filed by Selene Finance LP ("Selene"), and the Court being fully advised, it is hereby

ORDERED, ADJUDGED, AND DECREED that the Motion is GRANTED, it is further

ORDERED, ADJUDGED, AND DECREED that Selene's deadline to file a response to Plaintiff's Complaint is extended through and including March 14, 2025.

DATED this __12th__ day of __February__, 2025

_[signature]_

UNITED STATES DISTRICT JUDGE

ORDER GRANTING FOURTH STIPULATED MOTION
FOR EXTENSION OF TIME TO FILE RESPONSE TO
COMPLAINT - 1

**KABAT CHAPMAN & OZMER, LLP**
171 17th Street NW, Suite 1550
Atlanta, GA 30363
Tel: (971) 270-1789

1  Presented By:

2  */s/ Aaron A. Wagner*

3  Aaron A. Wagner, WSBA #51905
   **KABAT CHAPMAN & OZMER, LLP**

4  171 17th Street NW, Suite 1550
   Atlanta, GA 30363

5  Tel: (971) 270-1789
   Fax: (404) 400-7333

6  Email: awagner@kcozlaw.com

7  *Attorney for Defendant,*
   *Selene Finance LP*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

ORDER GRANTING FOURTH STIPULATED MOTION
FOR EXTENSION OF TIME TO FILE RESPONSE TO
COMPLAINT - 2

**KABAT CHAPMAN & OZMER, LLP**
171 17th Street NW, Suite 1550
Atlanta, GA 30363
Tel: (971) 270-1789