IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JC HARRIS,<br><br>        Plaintiff,<br><br>    vs.<br><br>SELENE FINANCE LP,<br><br>        Defendant. | No. 2:24-cv-01866<br><br>**ORDER GRANTING SECOND STIPULATED MOTION TO EXTEND INITIAL CASE MANAGEMENT DEADLINES** |

THIS MATTER having come before the Court on the SECOND STIPULATED MOTION TO EXTEND INITIAL CASE MANAGEMENT DEADLINES filed by Selene Finance LP ("Selene"), and the Court being fully advised, it is hereby

ORDERED, ADJUDGED, AND DECREED that the Motion is GRANTED, it is further

ORDERED, ADJUDGED, AND DECREED that the initial case management deadlines are reset as follows:

   a.  FRCP 26(f) conference – April 1, 2025;

   b.  Initial Disclosures – April 8, 2025; and

   c.  Joint Status Report – April 15, 2025.

ORDER GRANTING SECOND STIPULATED MOTION
TO EXTEND INITIAL CASE MANAGEMENT
DEADLINES - 1

KABAT CHAPMAN & OZMER, LLP
171 17th Street NW, Suite 1550
Atlanta, GA 30363
Tel: (971) 270-1789

DATED this __13th_ day of ___February_____, 2025

_____
UNITED STATES DISTRICT JUDGE

Presented By:

*/s/ Aaron A. Wagner*
Aaron A. Wagner, WSBA #51905
**KABAT CHAPMAN & OZMER, LLP**
171 17th Street NW, Suite 1550
Atlanta, GA 30363
Tel: (971) 270-1789
Fax: (404) 400-7333
Email: awagner@kcozlaw.com
*Attorney for Defendant,*
*Selene Finance LP*

ORDER GRANTING SECOND STIPULATED MOTION
TO EXTEND INITIAL CASE MANAGEMENT
DEADLINES - 2

KABAT CHAPMAN & OZMER, LLP
171 17th Street NW, Suite 1550
Atlanta, GA 30363
Tel: (971) 270-1789