# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JC HARRIS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>SELENE FINANCE LP,<br><br>　　　　Defendant. | No. 2:24-cv-01866-JCC<br><br>**ORDER GRANTING FIFTH STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

THIS MATTER having come before the Court on the Fifth Stipulated Motion for Extension of Time to Respond to Complaint filed by Selene Finance LP ("Selene"), and the Court being fully advised, it is hereby

ORDERED, ADJUDGED, AND DECREED that the Motion is GRANTED, it is further

ORDERED, ADJUDGED, AND DECREED that Selene's deadline to file a response to Plaintiff's Complaint is extended through and including March 28, 2025.

DATED this 14th day of March 2025.

*/s/ John C. Coughenour*

_____
JOHN C. COUGHENOUR
SENIOR UNITED STATES DISTRICT JUDGE

---

ORDER GRANTING FIFTH STIPULATED MOTION
FOR EXTENSION OF TIME TO FILE RESPONSE TO
COMPLAINT - 1

**KABAT CHAPMAN & OZMER, LLP**
171 17th Street NW, Suite 1550
Atlanta, GA 30363
Tel: (971) 270-1789

Presented By:

*/s/ Aaron A. Wagner*

Aaron A. Wagner, WSBA #51905
**KABAT CHAPMAN & OZMER, LLP**
171 17th Street NW, Suite 1550
Atlanta, GA 30363
Tel: (971) 270-1789
Fax: (404) 400-7333
Email: awagner@kcozlaw.com
*Attorney for Defendant,
Selene Finance LP*

ORDER GRANTING FIFTH STIPULATED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT - 2

**KABAT CHAPMAN & OZMER, LLP**
171 17th Street NW, Suite 1550
Atlanta, GA 30363
Tel: (971) 270-1789