IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

SEATTLE

JC HARRIS,

          Plaintiff(s),

vs.

SELENE FINANCE L.P.

          Defendant(s).

Case No.: 2:24-cv-01866-JCC

STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE CASE SCHEDULE 60 DAYS

Plaintiff **JC Harris** and Defendant **Selene Finance LP** (collectively, the **Parties**), by and through their undersigned counsel, hereby stipulate and respectfully request that the Court continue the current case schedule by sixty (60) days.

In support of this Stipulation and Proposed Order, the Parties state as follows:

1. On May 1, 2025, the Court entered a Civil Trial Scheduling Order setting, among other deadlines, the following dates: pleading amendment/third-party action deadline of August 1, 2025; discovery cutoff of April 6, 2026; mediation deadline of April 20, 2026; dispositive motions deadline of May 4, 2026; motions in limine deadline of July 24, 2026; pretrial order deadline of July 24, 2026; trial briefs deadline of July 30, 2026; and a 2-3 day bench trial on August 3, 2026.

STIPULATION AND [PROPOSED] ORDER
CONTINUING CASE SCHEDULE - 1
CASE NO.: 2:24-CV-01866-JCC

**Leonard Law. PLLC**
1700 7th Ave, Suite 2100
Seattle, Washington 98101
Ph. (206) 486-1176
Fax (206) 458-6028

2.      Under Federal Rule of Civil Procedure 16(b)(4), a scheduling order may be modified only for good cause and with the Court's consent. See Fed. R. Civ. P. 16.

3.      Good cause exists for a modest sixty-day continuance of the current case schedule because Plaintiff's counsel recently withdrew and was substituted, and the Parties require additional time to complete discovery and pursue resolution of the matter without unnecessary motion practice or expense.

4.      The requested continuance is sought jointly, in good faith, and not for purposes of delay. The requested extension will promote efficient case management and may facilitate settlement, consistent with Rule 16's case-management purposes.

5.      The requested continuance will not unfairly prejudice any party. Rather, it will allow the Parties to complete remaining case preparation in an orderly manner while preserving the just, speedy, and inexpensive determination of this action.

6.      The Parties therefore request that each currently operative deadline in the May 1, 2025 Civil Trial Scheduling Order be continued by sixty (60) days, resulting in the following revised schedule:

- Pleading amendment/3rd party action: **September 30, 2025**

- Discovery completed by: **June 5, 2026**

- Mediation completed by: **June 19, 2026**

- Dispositive motions due by: **July 3, 2026**

- Motions in Limine due by: **September 22, 2026**

- Pretrial Order due by: **September 22, 2026**

- Trial briefs due by: **September 28, 2026**

STIPULATION AND [PROPOSED] ORDER
CONTINUING CASE SCHEDULE - 2
CASE NO.: 2:24-CV-01866-JCC

**Leonard Law. PLLC**
1700 7th Ave, Suite 2100
Seattle, Washington 98101
Ph. (206) 486-1176
Fax (206) 458-6028

- 2-3 Day Bench Trial: **October 2, 2026, at 9:00 a.m.**

For the foregoing reasons the Parties respectfully request entry of the proposed order below.

DATED March 13, 2026

*/s/ Sam Leonard*
Sam Leonard, WSBA #46498
Email: sam@seattledebtdefense.com
LEONARD LAW, PLLC
1700 7th Ave, Suite 2100
Seattle, Washington 98101
Tel: 206-486-1176
Fax: 206-458-6028
*Attorney for Plaintiff,*
*JC Harris*

*/s/ Aaron Wagner*
Aaron A. Wagner, WSBA #51905
Email: awagner@kcozlaw.com
Adam C. Sheppard
Email: ashepherd@kcozlaw.com
KABAT CHAPMAN & OZMER, LLP
171 17th Street NW, Suite 1550
Atlanta, GA 30363
Tel: (971) 270-1789
Fax: (404) 400-7333
*Attorneys for Defendant,*
*Selene Finance LP*

STIPULATION AND [PROPOSED] ORDER
CONTINUING CASE SCHEDULE - 3
CASE NO.: 2:24-CV-01866-JCC

**Leonard Law. PLLC**
1700 7th Ave, Suite 2100
Seattle, Washington 98101
Ph. (206) 486-1176
Fax (206) 458-6028

# [~~PROPOSED~~] ORDER

Based on the Parties' Stipulation (**Dkt 29**) and for good cause shown, the Court hereby ORDERS that the motion is GRANTED and the case schedule is continued by sixty (60) days.

Accordingly, the deadlines previously set in the Court's May 1, 2025 Civil Trial Scheduling Order are amended as follows:

- Pleading amendment/3rd party action deadline: August 1 ~~September 30, 2025~~.

- Discovery cutoff: **July 3 ~~June 5~~, 2026**.

- Mediation deadline: July 20 ~~June 19, 2026~~.

- Dispositive motions deadline: **August ~~July~~ 3, 2026**.

- Motions in limine deadline: **October 19 ~~September 22~~, 2026**.

- Pretrial Order deadline: **October 19 ~~September 22~~, 2026**.

- Trial briefs deadline: **October 23 ~~September 28~~, 2026**.

- A 2-3 day bench trial is RESET for **November 2 ~~October 2~~, 2026, at 9:00 a.m.**, in Courtroom 16206 before U.S. District Judge John C. Coughenour.

IT IS SO ORDERED.

DATED this 13th day of March 2026.

_____
**JOHN C. COUGHENOUR**
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER
CONTINUING CASE SCHEDULE - 4
CASE NO.: 2:24-CV-01866-JCC

**Leonard Law. PLLC**
1700 7th Ave, Suite 2100
Seattle, Washington 98101
Ph. (206) 486-1176
Fax (206) 458-6028