IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE

JC HARRIS,

      Plaintiff(s),

vs.

SELENE FINANCE L.P.

      Defendant(s).

Case No.: 2:24-cv-01866-JCC

[~~PROPOSED~~] ORDER

Based on the Parties' Stipulation and for good cause shown, the Court hereby ORDERS that the motion is GRANTED and the case schedule is continued by ninety (90) days.

Accordingly, the remaining operative deadlines are amended as follows:

- Discovery cutoff: September 3, 2026.
- Mediation deadline: September 17, 2026.
- Dispositive motions deadline: October 1, 2026.
- Motions in limine deadline: December 21, 2026.
- Pretrial Order deadline: December 21, 2026.
- Trial briefs deadline: December 28, 2026.

STIPULATION AND [~~PROPOSED~~] ORDER
CONTINUING CASE SCHEDULE - 1
CASE NO.: 2:24-CV-01866-JCC

**KABAT CHAPMAN & OZMER, LLP**
171 17th Street NW, Suite 1550
Atlanta, GA 30363
Tel: (971) 270-1789
Fax: (404) 400-7333

•       A 2-3 day bench trial is RESET for **January 19, 2027**, at 9:00 a.m., in Courtroom 16206 before U.S. District Judge John C. Coughenour, or on another date convenient for the Court approximately ninety days after the current trial date.

IT IS SO ORDERED.

DATED this 9th day of June 2026.

JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER
CONTINUING CASE SCHEDULE - 2
CASE NO.: 2:24-CV-01866-JCC

**KABAT CHAPMAN & OZMER, LLP**
171 17th Street NW, Suite 1550
Atlanta, GA 30363
Tel: (971) 270-1789
Fax: (404) 400-7333