THE HONORABLE JOHN C. COUGHENOUR

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

SEATTLE

| | |
|---|---|
| JC HARRIS,<br>Plaintiff(s),<br>vs.<br>SELENE FINANCE L.P.<br>Defendant(s). | Case No.: 2:24-cv-01866-JCC<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE SCHEDULE 60 DAYS |

Plaintiff JC Harris and Defendant Selene Finance LP (collectively, the Parties), by and through their undersigned counsel, hereby stipulate and respectfully request that the Court continue the current case schedule by sixty (60) days.

In support of this Stipulation and Proposed Order, the Parties state as follows:

1. On May 1, 2025, the Court entered a Civil Trial Scheduling Order setting, among other deadlines, the following dates: pleading amendment/third-party action deadline of August 1, 2025; discovery cutoff of April 6, 2026; mediation deadline of April 20, 2026; dispositive motions deadline of May 4, 2026; motions in limine deadline of July 24, 2026; pretrial order deadline of July 24, 2026; trial briefs deadline of July 30, 2026; and a 2-3 day bench trial on August 3, 2026.



**Leonard Law. PLLC**
1700 7th Ave, Suite 2100
Seattle, Washington 98101
Ph. (206) 486-1176
Fax (206) 458-6028

2. The parties have previously requested a continuance of that schedule to permit additional time for discovery and to explore case resolution without trial. The Court's most recent scheduling order (Dkt. # 41), which was entered June 9, 2026, set the following deadlines:

- Discovery cutoff: September 3, 2026.
- Mediation deadline: September 17, 2026.
- Dispositive motions deadline: October 1, 2026.
- Motions in limine deadline: December 21, 2026.
- Pretrial Order deadline: December 21, 2026.
- Trial briefs deadline: December 28, 2026.

It also reset the 2-3 day bench trial for January 19, 2027, at 9:00 a.m.

3. Under Federal Rule of Civil Procedure 16(b)(4), a scheduling order may be modified only for good cause and with the Court's consent. See Fed. R. Civ. P. 16.

4. Good cause exists for a modest sixty-day continuance. The parties have mediation scheduled for September 1, 2026. To ensure that neither party incurs unnecessary additional expenses prior to mediation, the parties would like to stay discovery until after mediation, if it proves unsuccessful. Staying discovery is not possible, however, given the current discovery cutoff of September 3, 2026 and the depositions and discovery that remains to be completed. Thus, the parties seek a sixty-day continuance.

5. The requested continuance is sought jointly, in good faith, and not for purposes of delay. The requested extension will promote efficient case management and may facilitate settlement, consistent with Rule 16's case-management purposes.

6. The requested continuance will not unfairly prejudice any party. Rather, it will



**Leonard Law. PLLC**
1700 7th Ave, Suite 2100
Seattle, Washington 98101
Ph. (206) 486-1176
Fax (206) 458-6028

allow the Parties to complete remaining case preparation in an orderly manner while preserving the just, speedy, and inexpensive determination of this action.

7. The Parties therefore request that each currently operative deadline in the June 9, 2026 Order be continued by sixty (60) days, resulting in the following revised schedule:

- Discovery cutoff: November 2, 2026.
- Mediation deadline: November 16, 2026.
- Dispositive motions deadline: November 30, 2026.
- Motions in limine deadline: February 19, 2027.
- Pretrial Order deadline: February 19, 2027.
- Trial briefs deadline: February 26, 2027.
- 2-3 Day Bench Trial: March 22, 2027, at 9:00 a.m.

For the foregoing reasons the Parties respectfully request entry of the proposed order below.

DATED August 4, 2026,

*/s/ Sam Leonard*
Sam Leonard, WSBA #46498
Email: sam@seattledebtdefense.com
LEONARD LAW, PLLC
1700 7th Ave, Suite 2100
Seattle, Washington 98101
Tel: 206-486-1176
Fax: 206-458-6028
*Attorney for Plaintiff,*
*JC Harris*

*/s/ Aaron Wagner*
Aaron A. Wagner, WSBA #51905
Email: awagner@kcozlaw.com
Adam C. Shepherd
Email: ashepherd@kcozlaw.com

KABAT CHAPMAN & OZMER, LLP
171 17th Street NW, Suite 1550
Atlanta, GA 30363
Tel: (971) 270-1789
Fax: (404) 400-7333
*Attorneys for Defendant,*
*Selene Finance LP*

**[~~PROPOSED~~] ORDER**

Based on the Parties' Stipulation (**Dkt 42**) and for good cause shown, the Court hereby ORDERS that the motion is GRANTED and the case schedule is continued by sixty (60) days.

Accordingly, the deadlines previously set in the Court's June 9, 2026 Order are amended as follows:

- Discovery cutoff: November 2, 2026.
- Mediation deadline: November 16, 2026.
- Dispositive motions deadline: November 30, 2026.
- Motions in limine deadline: February 19, 2027.
- Pretrial Order deadline: February 19, 2027.
- Trial briefs deadline: February 26, 2027.

A 2-3 day bench trial is RESET for March 22, 2027, at 9:00 a.m., in Courtroom 16206 before U.S. District Judge John C. Coughenour.

IT IS SO ORDERED.

DATED this 5th day of August 2026.

JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE



**Leonard Law. PLLC**
1700 7th Ave, Suite 2100
Seattle, Washington 98101
Ph. (206) 486-1176
Fax (206) 458-6028